**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADAM ZUCKER,

        Plaintiff,

    - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

                    **JUDGMENT**
                    CV 20-5818 (GRB)

A Memorandum of Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 4, 2022, granting the Commissioner's motion for judgment on the pleadings, denying the Plaintiff's motion for judgment on the pleadings, and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Adam Zucker take nothing of Defendant Commissioner of Social Security; that the Commissioner's motion for judgment on the pleadings is granted; that the Plaintiff's motion for judgment on the pleadings is denied; and that this case is closed.

Dated: August 4, 2022
       Central Islip, New York

                    BRENNA B. MAHONEY
                    CLERK OF COURT

           BY:    /S/ JAMES J. TORITTO
                    DEPUTY CLERK